UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dean G. Sutton, Esquire
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973)729-8121
DS-1910
Attorney for the Debtor(s)

Order Filed on December 20, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Daniel Gorth

Case No.: 13-30886

Chapter: 13

Judge: SLM

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 20, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Dean G. Sutton, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____706.00_____ per month for _____8_____ months to allow for payment of the above fee.

*rev.8/1/15*