UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for Debtor(s)

In Re:

Daniel J. Gorth

Case No.: 13-30886

Judge: SLM

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☐ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

☑ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following (**choose one**):

1. ☐ Motion for Relief from the Automatic Stay filed by _____ _____, creditor,

A hearing has been scheduled for _____, at _____ m.

OR

☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ a m.

☐ Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☑ Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

- ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

- ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**): _____
  _____
  _____

- ☑ Other (**explain your answer**): I provided my attorney with a bank check in the amount of $1,800.00. (See Attached) These funds should bring my Trustee Payments current.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: _____           _____
                                Debtor's Signature

Date: _____           _____
                                Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default* (under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*) or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*Local Form 23. rev.6/20/06.jml*

**PNCBANK**
PNC Bank, National Association
New Jersey

CASHIER'S CHECK

No. 3108370

DATE: [illegible]

PAY TO THE ORDER OF: MARIE-ANN ROESINGER

ONE THOUSAND EIGHT HUNDRED AND 00/100 **VOID** DOLLARS

$ 1,800.00

REMITTER: DANIEL J GORTH

13-30886 SLM

PNC Bank, National Association
OFFICIAL SIGNATURE

FORM 107140-1212
06000177

⑆031083370⑆ ⑈031207607⑈ 80⑆000130 2⑈