UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Dean G. Sutton, Esquire
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973)729-8121
DS-1910
Attorney for the Debtor(s)

Order Filed on December 20,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Daniel Gorth

Case No.: 13-30886

Chapter: 13

Judge: SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 20, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Dean G. Sutton, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____706.00_____ per month for _____8_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-30886-SLM
Daniel J. Gorth                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1           Date Rcvd: Dec 21, 2017
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db            +Daniel J. Gorth,    5 Coursen Street,    Stanhope, NJ 07874-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
      Dean G. Sutton    on behalf of Debtor Daniel J. Gorth dgs123@ptd.net
      Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com,
       mrosenblatt@rasflaw.com
      Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for
       Fannie Mae, as owner and holder of account/contract originated by GMAC Mortgage Corporation
       d/b/a DITECH.COM dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
                                                                                                            TOTAL: 6