|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for the Debtor(s) | **Order Filed on April 11, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>Daniel Gorth | Case No.: 13-30886<br><br>Chapter:    13<br><br>Hearing Date:<br><br>Judge: SLM |

POST CONFIRMATION CHAPTER 13 FEE ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 11, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:  Daniel Gorth
Case No. 13-30886/SLM
Caption of Order: Post Confirmation Chapter 13 Fee Order

    The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees:

    It is ORDERED that Dean G. Sutton, Esq., the applicant, is allowed a fee of $400.00 for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*.  The allowance shall be payable:

    __ X __   through the chapter 13 plan as an administrative priority.

    _____   outside the plan.

    The debtor's monthly plan payment is increased to N/A for the remaining ____ months of the Plan to allow for payment of the aforesaid fee.