**Order Filed on April 11, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Dean G. Sutton, Esq.
18 Green Road
Post Office Box 187
Sparta, New Jersey 07871
(973) 729-8121
DS-1910
Attorney for the Debtor(s)

In Re:

Daniel Gorth

Case No.: 13-30886

Chapter:    13

Hearing Date:

Judge: SLM

POST CONFIRMATION CHAPTER 13 FEE ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: April 11, 2018

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:  Daniel Gorth
Case No. 13-30886/SLM
Caption of Order: Post Confirmation Chapter 13 Fee Order


The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees:

It is ORDERED that Dean G. Sutton, Esq., the applicant, is allowed a fee of $400.00 for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*.  The allowance shall be payable:

     X      through the chapter 13 plan as an administrative
         priority.

             outside the plan.


The debtor's monthly plan payment is increased to N/A for the remaining    months of the Plan to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-30886-SLM
Daniel J. Gorth                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Apr 12, 2018
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
db            +Daniel J. Gorth,   5 Coursen Street,   Stanhope, NJ 07874-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
          Dean G. Sutton    on behalf of Debtor Daniel J. Gorth dgs123@ptd.net
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Miriam  Rosenblatt    on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Robert P. Saltzman    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
           Fannie Mae, as owner and holder of account/contract originated by GMAC Mortgage Corporation
           d/b/a DITECH.COM dnj@pbslaw.org
          Robert P. Saltzman   on behalf of Creditor   Green Tree Servicing LLC dnj@pbslaw.org
                                                                             TOTAL: 6