| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for Debtor(s) | |
| In Re:<br><br>Daniel J. Gorth | Case No.: __13-30886__<br><br>Judge: __SLM__<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
❏ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

☑ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one):**

1. ❏   Motion for Relief from the Automatic Stay filed

   by_____ _____, creditor,

A hearing has been scheduled for _____, at _____ __m.

OR

❏   Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ a_m.

❏   Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☑   Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

Case 13-30886-SLM    Doc 101    Filed 05/10/18    Entered 05/10/18 09:08:19    Desc Main
Document      Page 2 of 3

2. I am objecting to the above for the following reasons (**choose one**):

- ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

- ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):_____
_____
_____

- ☑ Other (**explain your answer**): I gave my attorney a payment to become current through May, 2018. (See Attached)
_____

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 5-9-18                                    _____
                                                Debtor's Signature

Date: _____                   _____
                                                Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions)* or a *Trustee's Certification of Default*.

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*Local Form 23. rev.6/20/06.jml*

M107140-1212

000177

**CASHIER'S CHECK**

**PNC BANK**
PNC Bank, National Association
New Jersey

No. 3059498

55-760/312

DATE MAY 09, 2018

PAY TO THE ORDER OF   MARIE-ANN GREENBURG

$ 2,750.00

TWO THOUSAND SEVEN HUNDRED FIFTY AND 00 / 100************ DOLLARS

DANIEL GORTH     13-30886
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

VOID

⑈"3059498"  ⑉:031207607⑉:  801000130 2"⑉