UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1( b)

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
MTGLQ INVESTORS, L.P.

In Re:
    Gorth, Daniel J.

Order Filed on May 30, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No:    13-30886 SLM

Chapter: 13

Hearing Date:

Judge:  Stacey L. Meisel

AUTHORIZING DEBTOR TO ENTER INTO
# ORDER ~~APPROVING~~ LOAN MODIFICATION

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: May 30, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

2

Upon the motion of MTGLQ INVESTORS, L.P., to Approve Loan Modification Agreement as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED THAT:** the Loan Modification ~~is hereby APPROVED~~ Debtor is authorized to enter into with regard to the following: as attached to the Motion

■    Real Property More Fully Described as:

**Land and premises commonly known as 5 Coursen Street, Stanhope NJ 07874.**

☐    Personal Property More Fully Describes as:

**IT IS FURTHER ORDERED THAT** the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall withdraw the claim without prejudice or amend the arrearage portion of its proof of claim to the amount paid by the Trustee to date within thirty (30) days of completion of the loan modification; and

The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

In the event that the modification is not consummated, the secured creditor shall notify the Trustee and Debtor's attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to the secured creditor; and

In the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

Debtor shall file a Modified Chapter 13 Plan and Amended Schedule J within twenty (20) days of the date of this Order.

With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney fees which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days after completion of the loan modification.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-30886-SLM
Daniel J. Gorth                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1             Date Rcvd: May 30, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db              +Daniel J. Gorth,    5 Coursen Street,    Stanhope, NJ 07874-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
              Dean G. Sutton    on behalf of Debtor Daniel J. Gorth dgs123@ptd.net
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Miriam Rosenblatt    on behalf of Creditor    Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by GMAC Mortgage Corporation d/b/a DITECH.COM dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
                                                                                             TOTAL: 6