| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Dean G. Sutton, Esq.<br>18 Green Road<br>Post Office Box 187<br>Sparta, New Jersey 07871<br>(973) 729-8121<br>DS-1910<br>Attorney for Debtor(s) | Order Filed on June 21, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| In Re:<br><br>   Daniel J. Gorth | Case No.: 13-30886/SLM<br><br>Chapter:  13<br><br>Hearing Date:<br><br>Judge: Stacey L. Meisel |

## AMENDED ORDER AUTHORIZING DEBTOR
## TO ENTER INTO LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 21, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2
Debtor: Daniel J. Gorth
Case No. 13-30886
Caption of Order:   Amended Order Authorizing Debtor to Enter Into
Loan Modification

    Upon the motion of MTGLQ INVESTORS, L.P., to Approve Loan Modification Agreement as to certain property as hereinafter set forth, this Court entered an Order Authorizing the Debtor to Enter into a Loan Modification on May 30, 2018. The parties have requested that the Court enter this Amended Order; and for cause shown, it is

**ORDERED THAT:** Debtor is authorized to enter into the Loan Modification as attached to the Motion with regard to the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 5 Coursen Street, Stanhope NJ 07874.**

☐    Personal Property More Fully Describes as:

    **IT IS FURTHER ORDERED THAT** the event a loan modification is completed and the prepetition arrears are capitalized into the loan, secured creditor shall withdraw the claim without prejudice or amend the arrearage portion of its proof of claim to the amount paid by the Trustee to date within thirty (30) days of completion of the loan modification; and

    The Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated; and

    In the event that the modification is not consummated, the secured creditor shall notify the Trustee and Debtor's attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to the secured creditor; and

    In the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

    With respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney fees which are being capitalized into the loan, secured creditor will amend any and all post-petition orders or claims within 30 days after completion of the loan modification.