UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

DANIEL J. GORTH

Case No.: 13-30886

Judge: STACEY L. MEISEL

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 3, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DANIEL J. GORTH

Case No. 13-30886 SLM

Caption of Order:  Order on Trustee's Motion to Stop Disbursement on Proof of Claim

---

    ORDERED, that the claim of SHELLPOINT MORTGAGE, relating to attorney fees associated with Court Claim Number 6, be modified to amount of $109.21.