UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

DANIEL J. GORTH

Case No.: 13-30886

Judge: STACEY L. MEISEL

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 3, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):   DANIEL J. GORTH

Case No. 13-30886 SLM

Caption of Order:  Order on Trustee's Motion to Stop Disbursement on Proof of Claim

---

ORDERED, that the claim of SHELLPOINT MORTGAGE, relating to attorney fees associated with Court Claim Number 6, be modified to amount of $109.21.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-30886-SLM
Daniel J. Gorth                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1         Date Rcvd: Oct 04, 2018
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
db            +Daniel J. Gorth,    5 Coursen Street,    Stanhope, NJ 07874-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:
      Dean G. Sutton    on behalf of Debtor Daniel J. Gorth dgs123@ptd.net
      Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Miriam  Rosenblatt    on behalf of Creditor   Green Tree Servicing LLC bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Robert P. Saltzman    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by GMAC Mortgage Corporation d/b/a DITECH.COM dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor   Green Tree Servicing LLC dnj@pbslaw.org
                                                                                                TOTAL: 6